**STATE v. McEACHERN**

[341 N.C. 194 (1995)]

STATE OF NORTH CAROLINA v. TONEY McEACHERN

No. 416PA94

(Filed 28 July 1995)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 115 N.C. App. 569, 446 S.E.2d 889 (1994), affirming the judgments and commitments entered upon defendant's convictions of first-degree rape and incest by Wright, J., at the 1 March 1993 Criminal Session of Superior Court, Robeson County. Heard in the Supreme Court 20 June 1995.

*Michael F. Easley, Attorney General, by D. Sigsbee Miller, Assistant Attorney General, for the State.*

*Malcolm Ray Hunter, Jr., Appellate Defender, and Mark D. Montgomery, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.